Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:     (619) 233-7770
Facsimile:     (619) 297-1022

KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs Nina Afrasiabi, Individually and On Behalf of All Others Similarly Situated*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA AFRASIABI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC BANK NEVADA, N.A.,<br><br>Defendant. | Case No.  12-CV-1263-MMA-DHB<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br>Hon. Michael M. Anello |

Plaintiff Nina Afrasiabi (hereinafter "Plaintiff") and Defendant HSBC Bank Nevada, N.A. (hereinafter "Defendant") hereby move to dismiss the above-captioned action voluntarily and without prejudice.  Plaintiff has informed Defendant that she intends to pursue her claims in the action styled *Mills v. HSBC Bank Nevada, N.A.*, Case No. 3:12-cv-04010-SI (N.D. Cal.).

Dated: November 1, 2012          */s/ Joshua B. Swigart*
                                 Joshua B. Swigart

Dated: November 1, 2012      /s/ Lisa M. Simonetti
                              Lisa M Simonetti

Lisa M Simonetti
Stroock Stroock and Lavan
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3004
Telephone:    (310) 556-5800
Fax:    (310) 556-5959
Email: lsimonetti@stroock.com

*Attorneys for Defendant HSBC Bank Nevada, N.A*

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Lisa M Simonetti, counsel for Defendant, and that I have obtained Ms. Simonetti's authorization to affix her electronic signature to this document.

Dated: November 1, 2012      /s/ Joshua B. Swigart
                              Joshua B. Swigart