# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA AFRASIABI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>HSBC BANK NEVADA, N.A.,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 12-cv-1263-MMA-DHB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>[Doc. No. 11] |

　　　On November 2, 2012, Plaintiff Nina Afrasiabi and Defendant HSBC Bank Nevada, N.A. filed a joint motion to dismiss the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  [Doc. No. 11.]  Upon due consideration, and good cause appearing, the Court **GRANTS** the joint motion.  Accordingly, **IT IS HEREBY ORDERED** that all claims asserted by Plaintiff Nina Afrasiabi, individually and on behalf of others similarly situated, are **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is hereby instructed to terminate the case.

　　　**IT IS SO ORDERED**.

DATED: November 2, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Michael M. Anello_
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge